# Court of Appeals
# of the State of Georgia

ATLANTA,  May 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0479. SAMUEL S. CHUNG v. GWINNETT COUNTY et al.

Samuel Chung filed suit against Lewis Cooksey, Matthew Dickison, and Gwinnett County, alleging that the installation of a stormwater discharge system damaged his property. The trial court dismissed the complaint, and Chung filed a notice of appeal. On January 7, 2026, the trial court entered an order dismissing the appeal.[1] Chung then filed a motion to set aside and re-enter the order, asserting that the order had not been properly served. The trial court denied the motion, and Chung filed this application for discretionary review.

"[M]otions to set aside brought on the grounds that the court failed to notify the losing party of its decision are cognizable as motions to correct a clerical error pursuant to OCGA § 9-11-60(g) and are properly the subject of a direct appeal." *Sea Tow/Sea Spill of Savannah v. Phillips*, 247 Ga. App. 613, 614 (1) (545 SE2d 34) (2001). This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35(j).

Because the trial court's order denying Chung's motion to set aside is subject to direct appeal, this application is hereby GRANTED. Chung shall have ten days from the date of this order to file a notice of appeal with the superior court, if he has not already done so. See OCGA § 5-6-35(g).

---

[1] "[A] trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *American Med. Security Group v. Parker*, 284 Ga. 102, 103(2) (663 SE2d 697) (2008).

The clerk of the superior court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,___05/08/2026_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*